The next case for argument is 18-1388 Fernandez v. Army. Good morning, may it please the court. My name is Sterling Doremus, attorney for the petitioner, Mr. Roberto Fernandez. This case involves an appeal by the petitioner of a ruling from the Merit Systems Protection Board denying the petitioner, Mr. Fernandez, of a ruling in his favor on a petition for enforcement. But you would be entitled to go back to the board, wouldn't you, and say, here's this documentation which you think is necessary, and please compute the amount that's owed, right? It's still open to you, right? I believe that with the decision of the administrative judge that it would not be open to us except on a court order from this court. Why wouldn't it be open to you? They haven't said what the amount owed is. All they've said is you haven't negotiated in good faith. That is correct, but we would argue respectfully that we were not required to negotiate. My client won the case. I understand, but you say that's wrong. But all I'm saying is they haven't fixed on the final amount that your client is entitled to or that your client has to repay. That's still an open question, isn't it? I don't think it is, because I think by the judge's order, the agency is not required to pay my client anything because she has alleged, respectfully and wrongfully, that my client did not participate. You don't think you can go back and say, okay, here's the information you wanted. Please do the computation. Only if this court remands it to the administrative judge. Okay, but if you could go back without a remand, then it's not a final judgment, right? I believe it is a final. I'm going to ask you hypothetically. If I'm right and the order doesn't preclude you from going back, giving them more information, and getting a resolution of the amount, you wouldn't have a final judgment here, right? That would be correct, Your Honor. That would be correct. That's absolutely right. If it was not final, we could go back and request that a final computation be done. But where do you understand things are now? The government's free, it's done, this case is over, and they walk away? Yes, Your Honor, that is my understanding, that the case is done and they are free to not pay my client the back pay that we allege that he's owed. Have you ever given them a number? When you say the back pay which he's owed, they've come up, even though maybe it hasn't been definitive, but I saw three numbers thrown out on the other side, reviewing the history of what went down here. No, I don't believe that a number was ever given by the petitioner. He was pro se before, and I didn't handle the case below, but I don't believe a number. There have been settlement negotiations, though I believe that numbers were discussed, but I'm not familiar with exactly what those numbers were. But what was the basis for your, they put out some offers, and what was the basis? This is too little money, and why? I mean, was that ever discussed? Yes, sir, Your Honor. If you look on page 256 of the record, there is a spreadsheet that was provided, and that showed that apparently a petitioner received $8,000 more than he should have received or would have received had he been employed. And did you explain why you think that's wrong? I believe that it was discussed internally in the MAPS mediation program, yes, but I was not privy to those discussions, Your Honor, because I only got the case, unfortunately, on appeal. So I don't know exactly what happened with my co-counsel on the matter below, whether she had those discussions, but they did have a MAPS mediation program and a meeting with a MAPS judge. It's just, this case is very odd to me. I mean, there were a lot of discussions, a lot of back and forth, but then a lot of stop-starts, and if you think the government, if you think what the government was offering was wrong, isn't it kind of up to you to tell them what's wrong with it so we can move forward on this? So they've done the calculations a certain way, and I don't really have any idea. We've gone through all of this litigation and all of these litigation costs, and I still don't know where you all are on this. You're absolutely correct, Your Honor. Well, whose responsibility is that? Well, respectfully, I think it's a responsibility of the administrative judge to have conducted a proper hearing on this matter, rather than simply to issue a decision. There should have been a hearing on this matter. I don't know. The judge isn't necessarily required to sit down and force the parties to settle. That's up to the parties, and there have been discussions, so I don't know. And you went through mediation. Yes, ma'am. where you've pointed to why it's inadequate. Are they using the wrong numbers? Are the numbers wrong? Are the categories wrong? Are the questions they're asking wrong? I don't have any idea what your view is. Exactly. And so don't you think by this time there should be some record of your view on this? I mean, how is the government supposed to proceed? I mean, your view is that they were not performing expeditiously in good faith. Well, how are they supposed to proceed if they've got no feedback from your side? Well, I think respectfully, if they did get feedback, they did get my client's data in March of 2015, all the data necessary to make the calculation. They should have done a calculation and explained it to us first. It's their initial burden of proof, but to the extent that in the underlying petition for enforcement, I don't know what discussions were gone. Those are not part of the record and normally would not be part of the record, what discussions there were between the councils during the petition for enforcement period that would have been clearly off the record. So you had an expectation that the AJ here would sit there and decide what calculation was correct? If she'd hold a hearing, I think that issue could have been addressed and should be addressed by an administrative judge, absolutely. But you didn't come forward on your petition for enforcement and say they owe us X amount of dollars and they're in violation for not having provided that. That wasn't your petition, right? But the petition was that they did not provide us with back pay, so I would argue that respectfully it was. Well, our petition did not say the specific amount of back pay. Again, that's an agency determination that should be done by agency personnel officers who have that necessary expertise. Well, haven't they done that? And your complaint is we don't understand what they've done, so why don't you ask them to explain it or do you... I'm really perplexed at how things went down here. It seems like a lot of time has passed and a lot of resources, including judicial resources, have been expended. And I don't know how this ends and it seems to me that by this juncture, your side arguably would have had enough information to at least come forward and either complain about what the government was putting forth or come up with your own calculation. Look, you guys owe me $60,000 and here's why. And that's never been done, right? Well, I don't know if it's never been done. Again, I don't know what discussions, again, were done at the petition level between the counsel... Well, it's kind of your responsibility to kind of know. If the history and experiences here is relevant to our adjudication of this issue, it's not really satisfactory for you to say, I don't know if that's done. Do you agree that should have been done? Yes, absolutely. Okay, and you don't know whether your client, represented or unrepresented, ever did that, right? Correct, Your Honor. That is correct. Okay, can I just ask you a background question, which is just a little perplexing in my experience doing some of these cases? And that is, this is what happened in 2012. They were going to remove your client and the same day that he was supposed to be removed, he voluntarily retired. Is that right? I believe that there was some issue along those lines, correct. Okay, well normally when that happens, the removal is kind of gone away. I mean, usually if you retire, if he's... What went first? He was removed and then he retired? I mean, neither scenario makes sense to me. Either he was removed and then he retired, or he retired first and then he was removed. I don't think you can remove somebody who's already retired. I don't know. I think he was removed. Something to the effect of my understanding was he was removed. He won that appeal, and that appeal became final. I know that, but I... He was removed before he retired, right? I'm sorry? He was removed before he retired. Oh, that's right. I think what you're saying, the confusion might arise because he was eligible for retirement pay, Your Honor. And so he did receive retirement pay because he had enough years of experience, or enough years to be able to draw on prior to his age. So he was removed and then applied for retirement? Is that the same? That can be done, Your Honor. Okay, and so what you're saying is that under the original order, he was supposed to be reinstated, and then he could be removed because he'd reached retirement age. But that ultimately did happen, right? Correct. He could have been removed. We argued December 30th. They say December 4th. Yeah, but in fact, he was reinstated and then removed, right? No, we argued that he was never reinstated. On what basis? Because the court's order, excuse me, the judge's order, the administrative judge's order was to reinstate him. Yeah, but within a particular period of time, and I think the government agrees he wasn't reinstated within that time limit. But after the time limit ran, he was, in fact, reinstated and then retired or whatever it was. Right, in August of 2017. So what's the injury to him from the delay? Well, there could be several, respectfully. For one, during all of this time, he had bad paper on his record, which would prohibit him from applying for other federal positions. What's supposed to be done about that now? Well, I understand. Well, is there a record? I mean, your answer to Judge Dyke, I think, perhaps was started with, it could. We don't deal with hypotheticals here. If he, did he apply for jobs and they went to the agency and the agency said he was removed from his conduct and therefore he didn't get the jobs, is there any record that you provided to establish that? No, there's not. You say you're absolutely correct about that, Your Honor. There wasn't any record that he tried for any other jobs. So what's the remedy and what's the injury at this point? I mean, everybody seems to agree on the facts, if I'm correct about it, that he was reinstated, but he wasn't reinstated within the applicable time limit of the order. So how is he injured by that? What do you want the Board to do? Well, there's a couple of things. Respectfully, we still don't agree respectfully with the date of the alleged retirement. They made it December 14th. There's a two-week difference. I understand, but it's still approximately $4,000 more. $24,000? No, $4,000. No, $3,800 something probably. $3,800 plus interest. But you've got that number down pat. Part of the delay here was that the government did something that I thought was perfectly reasonable for the point of view of your client, which is if we go through rescinding the retirement and then having to restore it, there's a mess involved. But at the end of the day, when you resisted that, they came up with a calculation. Don't you agree that the retirement income he got offsets any back pay calculation? Certainly, to the degree that he received retirement. Okay, so we all know there are records of how much he received in retirement. That offsets whatever calculation he would be done. Do you have a number? Have you presented a number? I have not. I've looked at it the other day and calculated a number of approximately $90,000 total, including interest. But that came from the fact that if you look on their calculations from their spreadsheet, they took into account my client's TSP withdrawals, which should not have been included. They also accounted $20,000 for his Army Reserve pay in 2012, which should not have been included because he did not serve on active duty after August 12th or August 11th when he was removed in 2012. It's nice that you're telling us this and you're responding, I appreciate, to my questions, but you ever told the government? There were numerous meetings and email exchanges and even a mediator. This is what's done in mediation. Prior to today, have you ever expressed the details?  So after the order of restoration, all that we're arguing about is what sort of money should have changed hands in that brief period? That would be correct, pretty much. We again believe that it should be a December 30th, 2014 date for the retirement, not a December 14th date for the retirement because of the issues I explained in our brief. Okay, but I just want the record to be clear. Aside from that two-week pay, the delay in reinstatement doesn't lead to any issue of practical significance? That's correct, I think, with maybe the exception, I'm not sure if it impacts his Social Security, and that may be an issue that I think we have to... He's also receiving Social Security? When did he start receiving Social Security? It's not that he's receiving Social Security, but ultimately it may impact his Social Security benefits if the Social Security payments haven't been properly qualified to Social Security at the time that he starts drawing Social Security. I don't know whether he is or isn't at this point. Okay, why don't we hear from the government? Well, I appreciate it. Thank you, Your Honor. Good morning, Your Honor. May it please the Court? So the petitioner here says you owe him money, and the government says no, we don't owe you money, in fact, you owe us money. Is he able now to go back to the board and ask for a determination of that issue? I don't think he is, Your Honor, because I think that the board, under its jurisprudence, found that the petitioner has had his opportunity, he did not participate in good faith, and that the government... And that's the end of it, so he has no remedy at this point. That's correct, Your Honor. With regards, I sort of wanted to pick up on one thing, with regards to the date of the alleged retirement, I think it's, there is a, it is only a two-week dispute, but I think that we're solidly in the right on that one, the December 14th date is in fact the correct date. The argument, essentially, and I will note that petitioner's brief doesn't address sort of the specific statute, it relies on an incorrect correspondence from the Army that uses a November 30th date, and then plaintiff goes out from that one month, 30 days, and gets to December 30th. But I will note first, again, the Army's correspondence was incorrect, the correct date is in fact November 14th, but even setting that aside, even if the Army's incorrect calculation, incorrect presentation was correct, the Army is not required to keep him on the rolls for 30 days. The Army can keep him on the rolls for 30 days, and that's under 10 U.S.C. section 10218a2, it speaks in a permissible amount of time, not a required amount of time, so that takes away those two weeks right there. So what is, what was the failure to negotiate in good faith? What, what things did he not do that he should have done? Well, essentially, Your Honor, what happened is that in the beginning, there were some communications when he was pro se, and those tailed off right around the March timeframe. March of which year? March of, let's see, the decision was... 2015? It would have been 2015, yes, Your Honor. And so those tailed off in about March 2015, and then once, looking at the record, what appears to have happened is that once the number, as you noted, there were three calculations done. The first one, we owed him a little money, the second one, he was overpaid, and then the third one, he was overpaid by a lot. It was something like 8,000, or 13,000, 8,000, and then 50,000. Yeah, okay. So once the 8,000 number went out there, it's that we don't owe you anything, it was retained counsel. And then once counsel got on board, essentially, for whatever reason, and again, I understand it wasn't this counsel, substantive communication effectively stopped. Can I just ask you, I mean, it gives you little, it questions the confidence of your numbers if you jump from, I mean, you were kind of negotiating with yourself, and I appreciate that. But how do you get from he owes you 8,000 to he owes you 50,000, and doesn't that sort of question our confidence in the numbers you've been playing with? Yes, Your Honor, I would agree that that's a big difference, and it deserves explanation, and the explanation is that essentially as more data came in, the numbers changed. But is it correct that your numbers include the TSP withdrawal? The numbers, the spreadsheet, the final number, the 50,000 spreadsheet, I believe does include some TSP. Well, that's wrong. Your Honor, that's probably incorrect, but let's keep in mind that the spreadsheet before that still said that it was 8,000. And as Your Honor has all noted, when it was before the board, petitioner had the opportunity to go through all of these spreadsheets and say, here is a correct calculation. Here are all the ways that the government is wrong, and here is the number, and here is what should have happened. And that could have happened, but the more fundamental part is that it didn't even have to happen there. I don't want to interrupt you. You say that could have happened. Are you saying it did happen? I don't know whether it happened or not, Your Honor. All I can look at is their brief, and I know that their brief in their petition for enforcement does not say, Your Honor, here's what we're owed. They certainly don't set forth any number like that. I don't see any numbers. My fundamental position would be it would be too late at that point. But that's not the ground that the AJ refused relief. It was not their failure to submit a number, correct? That's correct, Your Honor, and that goes to my point. My more fundamental position is that it would have been too late at that point. Well, what is it? If the AJ wasn't faulting for failure to come up with a number, what is the defect? What is it that they failed to do that they had to do? They failed to provide all the data and participate in the process with Army Council to get to a number. What data didn't they provide? The most fundamental thing is that we have, under the statute, we have to verify whether or not there's any outside employment income. Right. And we did not have the tax returns in order to do that. Essentially, what Petitioner argues is that, well, we told you we didn't have you any outside employment, and in its view— I thought they said that he didn't have the tax returns. Yes, no, Your Honor. I don't understand it to be in the record that he ever said he didn't have the tax returns. He did represent to Army Council that I didn't have any outside employment. But again, when we transitioned— Am I wrong? I know that he said he didn't have certain military orders. And I know that he said he didn't have certain things, and then he was able to produce them later. But as far as tax documents, and regardless of whether or not he had them, the more fundamental point is the fact that the Army, when it has transitioned from a sort of a settlement posture to a, okay, you are forcing us to do the calculation, once it has to do that calculation under the statute, it's not at liberty to sort of just take Petitioner's word for it that he doesn't have any outside employment. The Army needs to verify that. It needs to come to a correct amount. So where do we find in EJ's decision the specific findings of what Mr. Fernandez failed to do that he had to do? Well, it would be Appendix Pages 2 and 3. 2 and 3. So he needed 1099s that he didn't provide to them? Correct, Your Honor. On March 14, 2015, this is on Appendix 3, he stated that he could not locate for 1099 for his civil service annuity. Yeah, but that's my point about the tax stuff. He said he couldn't locate. I mean, can you really deny somebody payment because he can't locate the documents? I mean, I think if they haven't, I mean, I guess they're his documents. He's aware of, he's aware of, yes, Your Honor, I mean, I understand, but he's aware of this situation. He's been in this litigation for a long period of time. He's aware of this situation. He's aware of the opportunity for back pay. I can't think of better circumstances under which there is an obligation to keep good records. You think he doesn't get any money because he didn't keep good records? Well, I also don't think, Your Honor, that just because you've lost one record doesn't, I mean, you can re-request a 1099. Well, it takes time, right? Yes, Your Honor, but I mean, so somewhere in here, certainly in the March-April timeframe, his counsel could have reached out and said, look, we understand you need some additional documents. We're requesting those documents. We'd like some additional time in order to do so, but there's nothing in the record about that. Well, you answered Judge Dike and just referred to two and three. It seems to me that the basis upon which the HA relied, it keeps going on four and five. Yes, Your Honor. And it even talks about a protracted period of non-responsiveness to the agency's inquiry. So it seemed, I read this as being more than just he didn't come up with the 1099s in a timely way. That's right, Your Honor. I mean, I view it sort of in two phases. I view, if you will, appendix two and three as sort of the settlement, right? This is pre-counsel. The Army's trying to say, look, we don't think we owe you anything. And the Army even says at one point, we don't think we owe you anything, but we'd like to settle this. Maybe there's a small amount that we can come to agreement on. Now, when we get to, you know, I'll delineate it by appendix four and five. When we get to appendix four and five, now we have counsel on board, which is an odd time, admittedly, for communication to stop, but that is when substantive communication effectively stopped. The only communication on the record, and it's laid out in four and five. For how long did it stop? Substantive communication stopped for about eight months, Your Honor. The only communication that occurred was communication regarding scheduling times to talk. But, again, on this record, it's unclear whether or not those conversations ever took place. In fact, the record seems to suggest that they did not. With that, Your Honor, I believe I've touched on the failure to cooperate in good faith. I've touched on the reinstatement issue. Barring any additional questions from the court, for all these reasons and those presented in our response brief, we respectfully ask this court to affirm the decision of the Merit Systems Protection Board. I'm just going to touch base real quickly on some of the issues raised with respect to the failure to provide the documents. My client respectfully did provide all of his 1099s, all of his military orders that he had available. Well, do you have any answer for this period? It was almost a year, at least almost a year, where there was really non-response. The AJ lays it out on pages four or five of her opinion. I wasn't part of that. My understanding is that... I thought that was after you were hired. No, ma'am. I was only hired once this appeal was filed, Your Honor. Oh, well, didn't he have counsel? He did have counsel. Oh, so it was just another counsel. Correct. I've been talking to her. She informed me recently that she did have telephone conversations with them during this time period. Okay, but we've got to deal with the... That's all very interesting. We've got to deal with the record as it is here. Yes, sir. And what does the record show about this alleged eight-month delay? It doesn't show anything. It doesn't show why exactly it happened, which is another issue. Well, it shows that the government took these initiatives and that you, the appellant, and through counsel, was unresponsive. Well, I don't think respectfully it shows why she was allegedly unresponsive or whether she had phone calls with the agency counsel as a result. That is not in the record, and I don't know whether that... It's just not clear. I don't want to argue outside the record, as Your Honor correctly pointed out. But that probably should have been something that should have been part of a hearing to determine. Again, there was never a hearing on this matter to determine... Was there a request for a hearing? I believe there was in the initial appeal on the petition for enforcement. I can check again, but maybe I don't want to misspeak on that. But I believe that that's exactly what petition for enforcement... I know that that's typical in all petitions for enforcement that we file, that we request for a hearing. So there should have been a hearing, respectfully. Not simply a decision from really on the record, which the record respectfully was undeveloped. And as a result, you have all of these questions that I can't answer because I'm going off the record that's inappropriate. That's absolutely correct. It should have been on the record. That stuff should have been preserved. Well, do you know whether there was a... Are you suggesting that when you file something, they ask for whether you want a hearing or not, and you check the box? Are you sure you check the box, or was there a formal request for a hearing? And you don't know that? Do you know if anything in that regard is included in this record? I don't know, Your Honor. I'm sorry. Okay, but how are you coming here and telling us that at a minimum there should have been a hearing where you don't even know whether or not the Council of Record asked for a hearing? Well, I apologize, Your Honor. I should have checked that before. But I don't see in the record where the hearing request is, but I'm not active. All right. Any further comments? We need to move on. I understand, Your Honor. I apologize. Thank you, Your Honor. Do you have a final comment? No final comment other than we ask for a reversal on our demand to the administrative judge. Thank you, Your Honor. Thank you. We thank both sides. The case is submitted. That concludes our proceedings. Hold on. If you look at page 59 here, there's a question, do you want a hearing? And as I understand it, the box is check no. You are correct, Your Honor. It is check no. I see it now. Thank you. My apologies for that. I thought it was. Thank you. We thank both sides and the case is submitted. All rise.